IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00038-REB-MJW

JACK K. WALLER,

Plaintiff,

v.

VAIL CLINIC, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendant's Unopposed Motion for Entry of Joint Proposed Protective Order (docket no. 15) is GRANTED. The written Protective Order is APPROVED as amended in paragraph 8 and made an Order of Court.

Date: April 11, 2006