IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00038-REB-MJW

JACK K. WALLER,

Plaintiff,

v.

VAIL CLINIC, INC.,

Defendant.

## ORDER REGARDING DEFENDANT'S MOTION TO COMPEL PRODUCTION OF RELEASES (DOCKET NO. 20)

**Entered by Magistrate Judge Michael J. Watanabe**

This matter is before the court on Defendant's Motion to Compel Production of Releases (docket no. 20). The court has reviewed the motion and the response thereto (docket no. 22). In addition, the court has taken judicial notice of the court's file and has considered applicable Federal Rules of Civil Procedure and case law. The court now being fully informed makes the following findings of fact, conclusions of law, and order.

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

Defendant requests that this court enter an order directing plaintiff to execute the written authorizations for release of employment, education, and tax records pursuant

2

to Rodriquez v. IBP, Inc., 243 F.3d 1221 (10th Cir. 2001).  For the following reasons, this court grants the subject motion.

Plaintiff's complaint was filed on January 10, 2006 (docket no. 1).  In his complaint, plaintiff alleges an Age Discrimination in Employment Act ("ADEA") claim and a breach of contract claim.  Here, the court finds that plaintiff's prior education and employment history is relevant on the issues raised in the complaint and may lead to admissible evidence at trial.  Accordingly, discovery concerning plaintiff's prior education and employment history is discoverable.  Furthermore, tax information concerning plaintiff's income is also relevant and at issue in this case based upon the alleged damages prayed for in the complaint.  Such tax information is also relevant on the issue of failure to mitigate damages.  See Dunlap v. Midcoast-Little Rock, Inc., 166 F.R.D. 29, 30 (E.D. Ark. 1995).

### ORDER

**WHEREFORE**, based upon these findings of fact and conclusions of law, the court **ORDERS**:

    1.    That Defendant's Motion to Compel Production of Releases (docket no. 20) is **GRANTED**.

    2.    That plaintiff shall execute the defendant's written authorizations for release of his employment, education, and tax records within five (5) days from the date of this order.

    3.    That each party shall pay their own attorney fees and costs for the

3

motion.

Done this 21st day of June 2006.

                                                       BY THE COURT

                                                     <u>s/ Michael J. Watanabe</u>
Michael J. Watanabe
U.S. Magistrate Judge