**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00038-REB-MHW

JACK K. WALLER,

    Plaintiff,

v.

VAIL CLINIC, INC.,

    Defendant.

---

MINUTE ORDER[1]

---

    This matter is before the court on the Plaintiff's Motion to Stay Magistrate Judge Watanabe's June 21, 2006 Order Compelling Production of Releases in Five Days [#29], filed June 22, 2006. The motion is granted. Magistrate Judge Watanabe's Order Regarding Defendant's Motion to Compel Production of Releases [#23], filed June 21, 2006, is stayed pending the court's ruling on the plaintiff's Rule 72 objection to that order. The court will resolve that objection as soon as practicable.

Dated: June 28, 2006
-------------------------------------------------------------------------------------------------------------
---

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.