IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00038-REB-MJW

JACK K. WALLER,

        Plaintiff,

vs.

VAIL CLINIC, INC.

        Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION TO AMEND ANSWER TO ADD DEFENSE**
(DN 81)

Upon consideration of Defendant's Unopposed Motion to Amend Answer to Add Defense, having found good cause shown, it is hereby ORDERED that defendant's motion is granted, and the tendered First Amended Answer submitted by defendant is accepted for filing and deemed to be filed on the same date as this order.

Signed this 8th Day of March, 2007.

                                              BY THE COURT:

                                              S/Michael J. Watanabe
                                              MICHAEL J. WATANABE
                                              United States Magistrate Judge