# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 06-cv-00038-REB-MJW

JACK K. WALLER,

    Plaintiff,

v.

VAIL CLINIC, INC.,

    Defendant.

## MINUTE ORDER[1]

    Defendant's Unopposed Motion for Leave to File Out-of-Time Certification of Compliance With Practice Standards Governing Motion for Summary Judgment & Attendant Corrections (Related to Docket Entry 87) [#88], filed April 3, 2007, is **GRANTED**, and the certifications and corrections are deemed accepted and incorporated in defendant's motion for summary judgment filed on March 30, 2007 [#87].

Dated:  April 3, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.