**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00038-REB-MJW

JACK K. WALLER,

    Plaintiff,

v.

VAIL CLINIC, INC.,

    Defendant.

---

**MINUTE ORDER**[1]

---

    Plaintiff's Unopposed Motion for Leave to File Out-of-Time Certification of Compliance With Practice Standards Governing Motion for Summary Judgment (Related to Docket Entry 67) [#91], filed April 4, 2007, is **GRANTED**, and the certification is deemed accepted and incorporated in plaintiff's motion for summary judgment filed on January 18, 2007 [#67].

Dated: April 4, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.