IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 06-cv-00038-REB-MJW

JACK K. WALLER,

    Plaintiff,

v.

VAIL CLINIC, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Rule 41(a)(1)(ii) Stipulation of Dismissal With Prejudice** [#95], filed April 13, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Rule 41(a)(1)(ii) Stipulation of Dismissal With Prejudice** [#95], filed April 13, 2007, is **APPROVED**;

2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for June 29, 2007, is **VACATED**;

4. That the jury trial set to commence July 16, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated April 13, 2007, at Denver, Colorado

                                              **BY THE COURT:**

                                              **s/ Robert E. Blackburn**
                                              **Robert E. Blackburn**
                                              **United States District Judge**